UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

POONITA BEEMSIGNE,

                        Plaintiff,

- against -

THE NEW YORK CITY DEPARTMENT OF EDUCATION,

                        Defendant.
------------------------------------------------------------------------X

Case No.: 15-CV-4742 (RRM)(SMG)

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL BY JAMIE HAAR, ESQ.**

      **PLEASE TAKE NOTICE** that upon the Declaration of Jamie Haar, attorney of record for Plaintiff Poonita Beemsigne, will move this Court before the Honorable Judge Steven M. Gold, at the United States Courthouse, Eastern District of New York, 225 Cadman Plaza E, Brooklyn, NY 11201, for an Order granting Jamie Haar's Motion to Withdraw as counsel for Plaintiff.

Dated: Long Island City, New York
         March 4, 2016

                                                           WHITE, RICOTTA & MARKS, P.C.

                                                           By:   _____/s_____
                                                                    Jamie Haar, Esq.
                                                                    31-10 37th Ave.; Suite 401
                                                                  Long Island City, New York 11101
                                                                  Telephone (347) 464-8694
                                                                  *Attorneys for Plaintiff*