

*Attorneys at Law*
31-10 37th Avenue, Suite 401
Long Island City, New York 11101
Telephone: (347) 464-8694; Facsimile: (800) 483-4508
www.QueensEmploymentAttorney.com

April 15, 2016

<u>**Via ECF**</u>
Honorable Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: *Beemsigne v. New York City Department of Education*
           Docket No.: 15-CV-4742 (RRM)(SMG)

Dear Judge Mauskopf:

    As Your Honor is aware, this office represents the Plaintiff, Poonita Beemsigne ("Plaintiff"), in the above-referenced matter. We write, pursuant to Your Honor's Order, responding to Defendant's March 31, 2016 letter to the court regarding their request to make a motion to dismiss. After conferring with our client, Plaintiff does not wish to file an amended complaint. Moreover, while we do not dispute Defendant's right to make a motion to dismiss, we assert that such a motion will prove to be unfruitful, for the reasons articulated in Plaintiff's January 8, 2016 letter to this Court (Docket No. 11).

    We thank the Court for its time and attention to this matter.

                                               Sincerely,

                                               WHITE RICOTTA & MARKS, P.C.

                                               _____/s_____
                                               Matthew Marks