UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

POONITA BEEMSIGNE,

                                              Plaintiff,

                    -against-

THE NEW YORK CITY DEPARTMENT OF EDUCATION,

                                            Defendant.

------------------------------------------------------------------------ x

**NOTICE OF MOTION TO DISMISS THE COMPLAINT**

15 Civ. 4742 (RRM) (SMG)

        **PLEASE TAKE NOTICE** that upon the annexed Declaration of Sean R. Renaghan, dated May 26, 2016, together with the annexed exhibits, as well as the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint, dated May 26, 2016, and upon all the papers and proceedings previously had herein, Defendant New York City Department of Education ("DOE" or "Defendant"), will move this Court at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, 11201, before the Honorable Roslynn R. Mauskopf, United States District Judge, at a time and date to be designated by the Court, for a judgment, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, dismissing the Complaint against the Defendant on the grounds that the Complaint fails to state a claim upon which relief can be granted.

        **PLEASE TAKE FURTHER NOTICE** that pursuant to the May 16, 2016 order of the Court, opposing papers shall be served on or before July 1, 2016, and reply papers shall be served on or before July 15, 2016.

Date: New York, New York
May 26, 2016

        **ZACHARY W. CARTER**
        Corporation Counsel of the
          City of New York
        Attorney for Defendant
        100 Church Street, Room 2-112
        New York, New York 10007
        (212) 356-2452
        srenagha@law.nyc.gov

By:      /s/
    Sean R. Renaghan
    Assistant Corporation Counsel

TO: Matthew Ian Marks (by first class mail and e-mail)
White, Ricotta & Marks, PC
Attorneys for Plaintiff
3110 37th Avenue, Suite 401
Long Island City, New York 11101

| |
|---|
| 15 Civ. 4742 (RRM) (SMG) |
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK |
| POONITA BEEMSIGNE,<br><br>               Plaintiff,<br><br>-against-<br><br>THE NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>               Defendant . |
| **NOTICE OF MOTION TO DISMISS THE COMPLAINT** |
| **ZACHARY W. CARTER**<br>*Corporation Counsel of the City of New York*<br>Attorney for Defendant<br>100 Church Street, Room 2-112<br>New York, New York 10007<br><br>Of Counsel: Sean R. Renaghan<br>Telephone: (212) 356-2452<br><br>Matter No.: 2015-047274 |
| *Due and timely service is hereby admitted.*<br><br>*Dated: New York, New York............................................2016*<br><br>*Signed: ......................................................................................*<br><br>*Attorney for................................................................................* |